UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>)<br>MACALLA LEE KNOTT  )<br>)<br>Defendant.  )<br>) | **MOTION TO CONTINUE**<br><br>Case No. 3:22-cr-10-01 |

The Defendant, Macalla Knott, by and through the undersigned attorney, moves this Court for an Order continuing the Sentencing Hearing currently scheduled for March 5, 2043, at 02:30 PM in Fargo Courtroom 1 before Chief Judge Peter D. Welte for a period of at least 3 (three) months.

Communication between client and attorney has been impacted by a death in the undersigned's immediate family. Both the undersigned and Defendant request more time to prepare.

The undersigned represents to the Court that this Motion is made neither for purposes of undue delay and the United States Government is in agreement.

Dated this 26th Day of February, 2024.

*[signature]*
Tanya Johnson Martinez  (#05893)
**MARTINEZ LAW, P.L.L.C.**
3332 4Pth Avenue South, Suite 2B
Fargo, ND 58103
Phone: (701) 491-7646
service@johnsonmartinezlaw.com
**ATTORNEY FOR DEFENDANT**