IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MACALLA LEE KNOTT,<br>a/k/a KAYLA,<br><br>  Defendant. | Case No. 3:22-cr-00010<br><br>**UNITED STATES'**<br>**SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby states that to the extent there are any objections to the Presentence Investigation Report in this case they are contained in the sealed Sentencing Memorandum Supplement.

Dated: December 31, 2024

>                                  MAC SCHNEIDER
>                                  United States Attorney
>
>   By:   */s/ Christopher C. Myers*
>         CHRISTOPHER C. MYERS
>         Assistant United States Attorney
>         ND Bar ID 05317
>         655 First Avenue North, Suite 250
>         Fargo, ND  58102-4932
>         (701) 297-7400
>         chris.c.myers@usdoj.gov
>         Attorney for United States