IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Macalla Lee Knott,<br><br>                    Defendant. | NOTICE OF INTENT<br>TO APPEAL<br>Case No.: 3:22-CR-10-01 |

Notice is hereby given that Macalla Lee Knott appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case entered in this action on January 3, 2025.

Dated this Wednesday, January 15, 2025.

Respectfully submitted,

_____
MARTINEZ LAW PLLC
Tanya Johnson Martinez, ND ID #05893
3332 4th Ave. S., Suite 2B
Fargo, North Dakota 58103
Tele: (701) 491-7646
Email: tanya@johnsonmartinezlaw.com
Eservice: service@johnsonmartinezlaw.com
ATTORNEYS FOR DEFENDANT