**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-1068

United States of America

Appellee

v.

Macalla Lee Knott, also known as Kayla

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cr-00010-PDW-1)

---

**MANDATE**

In accordance with the opinion and judgment of November 17, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 08, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit